UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BRIAN REINKE,<br><br>                Plaintiff,<br>   v.<br><br>ROB TERNUS, et al.,<br><br>                Defendants. | Case No. 3:24-cv-05398-BHS<br><br>ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS |

Plaintiff's application to proceed *in forma pauperis* (Dkt. 1) is GRANTED. Plaintiff does not appear to have funds to afford the $405.00 filing fee.

Dated this 4th day of June, 2024.

Theresa L. Fricke
United States Magistrate Judge

ORDER GRANTING PLAINTIFF'S APPLICATION TO
PROCEED IN FORMA PAUPERIS - 1